## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MARY BARANCZYK, | ) | |
| | ) | |
| Plaintiff, | ) | 0:10-cv-02850-RHK-SRN |
| | ) | |
| v. | ) | Judge Kyle |
| | ) | Magistrate Judge Nelson |
| LIGHTHOUSE RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, MARY BARANCZYK, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

2

                                        Respectfully submitted,
                                        **MARY  BARANCZYK**

                            By:    s/ Amber Garry
                                        Attorney for Plaintiff

Dated: November 10, 2010

Amber Garry (Minnesota Bar No.: 0388867)
LARRY P. SMITH & ASSOCIATES, LTD.
3444 Blaisdell Avenue
Minneapolis, MN 55408
Direct Dial:  (651) 356-8269
Telephone:  (888) 822-1777 (x815)
Facsimile:  (888) 418-1277
E-Mail:  amber.garry@smithlaw.us